UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Zak ALjaludi, Esq. ZA9089
Aljaludi Law Firm LLC
311 Fairview Ave., 2nd Fl
Fairview, NJ 07022
201-293-2733

Attroney for debtor

Order Filed on December 23, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOANN E GRAMUGLIA

Case No.:    12-39750 VFP

Chapter:    7

Judge:    Vincent F Papalia

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: December 23, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of _____JOANN E GRAMUGLIA_____ for the reduction of time for a hearing on  Motion to reopen chapter 7 and avoid Judicial Liens _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____December 29, 2016_____ at __10:00am__ in the United States Bankruptcy Court, _____50 Walnut St, Third Floor, Newark, NJ 07102_____, Courtroom No. __3B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Judgment creditors and their counsel if applicable; Charles Stanziale as Chapter 7 Trustee and any other interested party

by ☒ each, ☐ any of the following methods selected by the Court:
(if known)
☐ fax,  ☒ overnight mail,  ☒ regular mail,  ☒ email,\ ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*